# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      : NO. 902

: 

APPOINTMENT TO CONTINUING   : SUPREME COURT RULES DOCKET
JUDICIAL EDUCATION BOARD OF   :
JUDGES                     :

:

## ORDER

**PER CURIAM**

**AND NOW,** this 18th day of January, 2022, the Honorable Alice Beck Dubow, Philadelphia, is hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2024.